


### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARINA KARPENKO a/k/a MARINA P. LEENDERTZ <br><br> Petitioner <br><br> vs. <br><br> PAUL P. LEENDERTZ <br><br> Respondent | CIVIL ACTION <br><br> NO. 09-03207 <br><br> FILED <br> MAR - 4 2010 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |

AND NOW, this 3rd day of March,, 2010, upon consideration of the Verified Petition for Return of Child to Petitioner and after an evidentiary hearing it is ORDERED that the Verified petition is GRANTED. IT IS FURTHER ORDERED as follows:

   1. The Motion of the Respondent to Reopen the Record [Doc. #55] is GRANTED.

   2. The minor child, Ekaterina Gerdina Pavlova Leendertz, shall be returned to the Netherlands in the company of the Petitioner Maria Karpenko within ten (10) days of the date of this Order or immediately upon the return of Ekaterina Gerdina Pavlova Leendertz to Petitioner Maria Karpenko. Maria Karpenko shall report the delivery of Ekaterina Gerdina Pavlova Leendertz to the appropriate authorities in the Netherlands.

   3. Petitioner Maria Karpenko has exclusive right to the physical and legal custody of Ekaterina Gerdina Pavlova Leendertz immediately and during the period of time required to return Ekaterina Gerdina Pavlova Leendertz to the Netherlands. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

4. This Order is made under the authority of 42 U.S.C. § 11603(a), conferring upon this Court original and concurrent jurisdiction with federal district and state courts of the United States.

5. Any peace officer in the Commonwealth of Pennsylvania or any other federal officer shall enforce this Order allowing Maria Karpenko to remove Ekaterina Gerdina Pavlova Leendertz from the United States and allow Maria Karpenko to accompany her to the Netherlands, giving Maria Karpenko Gerdina Pavlova Leendertz the right, without interference, to have Ekaterina Gerdina Pavlova Leendertz in her lawful custody for the purposes described herein.

6. The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

*Thomas M. Golden*
THOMAS M. GOLDEN, J.