TMG 

IN THE UNITED STATES DISTRICT COURT
OR THE EASTERN DISTRICT OF PENNSYLVANIA

MARINA KARPENKO
a/k/a MARINA P. LEENDERTZ : CIVIL ACTION

    Petitioner

vs. : NO. 09-03207

PAUL P. LEENDERTZ

    Respondent

**FILED**
MAR 15 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 15th day of March, 2010, upon careful consideration of the Respondent's Emergency Motion to Stay, Petitioner's Response thereto, Respondent's Motion to Amend/Correct Emergency Motion for a Stay, and Petitioner's response thereto, it is hereby ORDERED that the Emergency Motion of the Respondent for a Stay Pending Appeal [Doc. #62] is GRANTED.

The Court's Order of March 3, 2009 is STAYED pending resolution of Respondent's Appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of this Court dated March 3, 2010.

BY THE COURT:

S/THOMAS M. GOLDEN
THOMAS M. GOLDEN, J.

3-16-10 e-mailed to:
  L. Gardner
  K. Sockchoo
  K. Powers
  S. Cullen